# EXHIBIT(S) or PSI RETURN FORM

Date:   June 9, 2021

Style: Erik Vandervoort v. State

Cause No: 1620984R

Appeal No: 02-19-00463-CR

I have received the following exhibits from the Second Court of Appeals:

Exhibits Description:   SEALED original of State's Exhibit No. 1 (DVD)

SEALED original of State's Exhibit No. 3 (DVD)

Received By: *Tina Shird*
(SIGN)

Dept: DC - Criminal

*TINA SHIRD*
(PRINT)

Date Rec'd: 6-9-21

Note: Please sign and return this form to Clerk, Second Court of Appeals, Tim Curry Criminal Justice Center, 401 W. Belknap, Suite 9000, Fort Worth, Texas, 76196-0211.